UNITED STATES, Appellee

v

ANGEL C. FEBUS-SANTINI, Private, U. S. Army, Appellant

No. 28,565

October 4, 1974

Colonel Victor A. DeFiori, Lieutenant Colonel Edward S. Adamkewicz, Jr., Captain Steven J. McAuliffe, Captain Leland M. Stenehjem, Jr., were on the pleadings for Appellant, Accused.

Lieutenant Colonel Ronald M. Holdaway, Lieutenant Colonel Donald W. Hansen, Captain Francis X. Wright, and Captain David A. Schlueter, were on the pleadings for Appellee, United States.

## OPINION OF THE COURT

PER CURIAM:

By amendment to the original convening order, the military judge who presided had been relieved. The court that tried this accused was, therefore, improperly constituted. *United States v Johnson,* 23 USCMA 104, 48 CMR 665 (1974); *cf. United States v Harnish,* 12 USCMA 443, 31 CMR 29 (1961). The decision of the U.S. Court of Military Review is reversed. The findings and sentence are set aside. A rehearing may be ordered.